IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| LINDA JOHNSON, WHITNEY McNEIL, ROGELIO B. MENDOZA, On behalf of THEMSELVES and All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>KOCH FOODS, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 2:07-CV-51<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## VERDICT FORM

**We, the members of the jury, find unanimously from all the evidence as follows:**

1. Did the employees of defendant Koch Foods perform any overtime work for which they were not compensated?

    YES __✓__                            NO _____

*[If you answered "YES" to question number 1, go on to answer the following questions. If you answered "NO" to question number 1, have the foreperson sign this Verdict Form and return it to the court.]*

2. If you answered "Yes" to question number 1, was the uncompensated time, taken together, *de minimus*?

YES_____ NO__✓__

*[If you answered "YES" to this question, have the foreperson sign this Verdict Form and return it to the court. If you answered "NO" to this question, proceed to answer questions number 3 and 4.]*

3. Did the employees of defendant Koch Foods prove that they do not receive a bona fide meal period as defined by the Fair Labor Standards Act?

YES_____ NO__✓__

4. Did defendant Koch Foods willfully violate the Fair Labor Standards Act?

YES__✓__ NO_____